**William F. ALLEN, Jr., Plaintiff–Appellant,**

**and**

**Richard R. WILT, Party in Interest,**

v.

**Joel RANDOLPH, and Family; Earl Frazier, and Family, Defendants–Appellees,**

**and**

**Becky Keener; Tyra Davis Clevenger; United Hospital Center, Incorporated, Defendants.**

**No. 01–1055.**

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

William F. Allen, Jr., pro se. Joel Randolph, appellee; Jerald Elton Jones, West & Jones, Clarksburg, WV, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

William F. Allen, Jr., appeals the district court's order dismissing several of his 42 U.S.C.A. § 1983 (West Supp.2000) claims as time-barred and granting the Appellees' motion for judgment of acquittal on the remaining claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district

court. *See Allen v. Randolph,* No. CA–99–1–4 (N.D.W.Va. Dec. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*